1  John M. Kim (Bar No. 188997)
   jkim@ipla.com
2  Kristin G. Strojan (Bar No. 223877)
   kstrojan@ipla.com
3  Renee A. Keen (Bar No. 286166)
   rkeen@ipla.com
4  **IP LEGAL ADVISORS, P.C.**
   4445 Eastgate Mall, Suite 200
5  San Diego, California 92121
   Tel: 858-272-0220
6  Fax: 858-272-0221

7  Attorneys for Plaintiff/Counter-Defendant
   SALON SUPPLY STORE, LLC

8

9              **UNITED STATES DISTRICT COURT**

10            **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| SALON SUPPLY STORE, LLC, | CASE NO. 14-CV-1083 BAS (RBB) |
| Plaintiff, | **STIPULATION AND JOINT MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** |
| v. | |
| CREATIVE NAIL DESIGN, INC., a California corporation; REVLON CONSUMER PRODUCTS CORPORATION, a Delaware corporation; and REVLON, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | Judge: Cynthia A. Bashant<br>Magistrate Judge: Ruben B. Brooks |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

All parties to the above captioned action hereby stipulate and jointly move the Court for an Order granting Plaintiff Salon Supply Store, LLC ("Plaintiff") leave to file a Second Amended Complaint in the form appended hereto as <u>Exhibit A</u>.

Currently pending before the Court are Defendants' Motions to Dismiss and Strike (Doc. Nos. 30-32) Plaintiff's First Amended Complaint (Doc No. 22).  The parties agree that the revisions to the Second Amended Complaint do not affect the issues raised in the pending Motions to Dismiss and Strike.  Therefore, in the event that the Court approves and enters an order granting this stipulation permitting Plaintiff to file its Second Amended Complaint, the parties respectfully request that the Court treat the Motions to Dismiss and Strike as challenging the Second Amended Complaint and to not alter the briefing schedule or hearing date currently applicable to the Motions to Dismiss and Strike, except that the deadline for Defendants' reply brief shall be extended from August 11, 2014 to August 18, 2014 and the return date of the motions shall be extended from August 18, 2014 to August 25, 2014.

The parties respectfully request that the Court enter an order approving this stipulation forthwith.

Dated:  August 7, 2014

IP LEGAL ADVISORS, P.C.
By:

_____
John M. Kim
Kristin G. Strojan
Renee A. Keen

*Attorneys for Salon Supply Store LLC*

SELTZER CAPLAN MCMAHON VITEK
By:

_____
Gregory A. Vega
David M. Greeley

1000316261v1

DEBEVOISE & PLIMPTON LLP
By:

David H. Bernstein
Jeremy Feigelson
Lauren E. Kapsky
(admitted *pro hac vice*)

*Attorneys for Defendants Creative Nail Design, Inc., Revlon Consumer Products Corporation and Revlon, Inc.*

1000316261v1